UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY R. QUAIR, SR., | No. 1:21-cv-1474-DAD-HBK (PC) |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PAY FILING FEE |
| LIEUTENANT COLLIER, et al., | |
| Defendants. | (Doc. No. 7) |

Plaintiff Sammy R. Quair, Sr. is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 2, 2021, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's application to proceed *in forma pauperis* be denied and that he be required to pay the $402.00 filing fee in full to proceed with this action. (Doc. No. 6.) On January 5, 2022, the undersigned adopted those findings and recommendations, denied plaintiff's motion to proceed *in forma pauperis*, and ordered plaintiff to pay the $402.00 filing fee in full within twenty-one (21) days. (Doc. No. 7.) Plaintiff was cautioned that failure to comply with that order and pay the required filing fee within the specified time would result in dismissal of this action. (*Id.* at 2.) Plaintiff has not paid the required filing fee and the deadline in which to do so has now passed.

1

Accordingly,

1. This action is dismissed due to plaintiff's failure to pay the required filing fee; and
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **February 18, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE